# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Torrence Lynn Ford**<br>6421 Crown Forest Court<br>Mableton, GA 30126<br><br>**xxx−xx−7685** | Case No.: **25−56462−bem**<br>Chapter: **7**<br>Judge: **Barbara Ellis−Monro** |

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jordan E. Lubin**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

Barbara Ellis−Monro
United States Bankruptcy Judge

Dated: January 23, 2026
Form 184